**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 307 EAL 2019

           Respondent             :

                                  :    Petition for Allowance of Appeal from

                                  :    the Order of the Superior Court

           v.                         :

                                  :

JIMALL RANDALL,                    :

                                  :

           Petitioner              :

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.